FILED

08/09/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0754

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0754

IN RE THE MARRIAGE OF:

JOHN P. RHODES,

      Petitioner, Appellant,
      and Cross-Appellee,

  and

TRACY LABIN RHODES,

      Respondent, Appellee,
      and Cross-Appellant.

ORDER

Having considered Appellee and Cross-Appellant's motion for extension of time, and for good cause having been shown,

IT IS ORDERED that the motion for an extension of time is GRANTED. The Reply Brief shall be due no later than Wednesday, August 23, 2023.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 9 2023